# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHNNY CLAYTON, JR.,** | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:21-CV-932-RDP |
| **ROCO REAL ESTATE LLC,** | } | |
| Defendant. | } | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 16), filed January 26, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 27, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE